

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-12-00094-CV

---

EAST TEXAS BAPTIST UNIVERSITY,
A TEXAS NOT-FOR-PROFIT CORPORATION, Appellant

V.

ASI CAMPUS LAUNDRY SOLUTIONS,
A DIVISION OF COINMACH CORPORATION,
A DELAWARE CORPORATION REGISTERED
TO DO BUSINESS IN THE STATE OF TEXAS, Appellee

---

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 12-0665

---

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

## MEMORANDUM OPINION

East Texas Baptist University, the sole appellant in this case, has filed a motion seeking to dismiss its appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. TEX. R. APP. P. 42.1(a)(1).

We dismiss this appeal.


Jack Carter
Justice

Date Submitted: January 14, 2013
Date Decided: January 15, 2013